<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

————————

**No. 97-7436**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BERNARD DIXON,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-92-464-A, CA-97-839-AM)

————————

Submitted:  July 22, 1998              Decided:  August 4, 1998

————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Bernard Dixon, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard Dixon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Dixon, Nos. CR-92-464-A; CA-97-839-AM (E.D. Va. Sept. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED